# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

AMIR ISHMAEL ABDULLAH,

    Plaintiff,

v.                      CASE NO. 1:12cv144-MP-GRJ

RICK SCOTT, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 19, 2012. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were timely filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED pursuant to 28 U.S.C. § 1915(g) because Plaintiff has more than three strikes. Dismissal is without prejudice to Plaintiff to file a new complaint accompanied by payment of the full filing fee.

3. The dismissal of this case counts as a strike pursuant to 28 U.S.C. § 1915(g).

4. Plaintiff's motion for leave to proceed as a pauper (doc. 2) is DENIED.

**DONE and ORDERED** this 24th day of August, 2012.

                      *s/ M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **CHIEF UNITED STATES DISTRICT JUDGE**